236 So.2d 494

**X–L FINANCE COMPANY, Incorporated**

v.

**Eugene M. & Louise P. BONVILLION, and Mildred P. & Joseph T. Cadiere.**

No. 50574.

June 26, 1970.

Granted.

236 So.2d 494

**X–L FINANCE COMPANY, Incorporated**

v.

**Eugene M. & Louise P. BONVILLION, and Mildred P. & Joseph T. Cadiere.**

No. 50574.

June 26, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

236 So.2d 494

**Nola Abshire BROUSSARD et vir**

v.

**NATIONAL FOOD STORES OF LA., INC.**

No. 50592.

June 26, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.